NO. 07-02-0324-CV



IN THE COURT OF APPEALS


FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E



OCTOBER 21, 2002


______________________________



MEDACCT, INC., 


 Appellant


v.


ZINDA R. HITCH AND PRACTICEMED, INC.,



 Appellees

_________________________________



FROM THE 72nd DISTRICT COURT OF LUBBOCK COUNTY;



NO. 2002-517,482; HON. BLAIR CHERRY, JR., PRESIDING


_______________________________



ORDER ON APPELLANT'S MOTION TO DISMISS APPEAL


________________________________



Before QUINN and REAVIS, JJ., and BOYD, SJ. (1)

 MedAcct, Inc., appellant, has moved to dismiss their appeal contending that the
parties have settled and reached a compromise. Without passing on the merits of the
case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and
dismiss the appeal. Having dismissed the appeal at appellant's personal request, no
motion for rehearing will be entertained, and our mandate will issue forthwith.


 Brian Quinn 

Do not publish. Justice
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't
Code Ann. §75.002(a)(1) (Vernon Supp. 2002). 



rMargin m:val="0"/>
 
 
 
 
 









NO. 07-10-00062-CR

 

IN THE COURT OF APPEALS

 

FOR THE
SEVENTH DISTRICT OF TEXAS

 

AT
AMARILLO

 

PANEL A

 



JANUARY
11, 2011

 



 

JAMES F. BELYEU, APPELLANT

 

v.

 

THE STATE OF TEXAS, APPELLEE 



 



 

 FROM THE 364TH DISTRICT COURT OF LUBBOCK
COUNTY;

 

NO. 2008-420,618; HONORABLE BRADLEY S. UNDERWOOD, JUDGE



 



 

Before CAMPBELL
and HANCOCK and PIRTLE, JJ.

 

 

ON APPELLANTS MOTION TO DISMISS

            Appellant, James F. Belyeu, filed
his Notice of Appeal to appeal a judgment of conviction for the offense of
aggravated robbery and sentence of 32 years imprisonment in the Institutional
Division of the Texas Department of Criminal Justice entered against him in
cause number 2008-420618 in the 364th District Court of Lubbock County, Texas.
However, appellant has now filed a motion to dismiss his appeal.

            Because
the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a)
and this Court has not delivered its decision prior to receiving it, we hereby
grant appellants motion and dismiss the appeal.   Having dismissed the appeal at appellants
request, no motion for rehearing will be entertained and our mandate will
issue.

 

                                                                                                Mackey
K. Hancock

                                                                                                            Justice








 

Do
not publish.